RONALD D. PATTON

Court of Criminal Appeals
Capitol Station

v

State of Texas    Cause No.    Austin Texas    83,620-01,02

D1DC14205610

Notice to the Court

## Motion for Change of Address

To the Honorable Clerk of said Court, comes now Ronald D. Patton, Appellant in above styled and numbered cause, would move this Clerk to file motion for change of Address, and in support of said motion, would show the Clerk the following,

New Address,

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Ronald D. Patton
4604 Lambs Ln.
Austin, Texas 78744

Effective Date 11th of September 2015

Cause No.s WR-83,620-01
Original Writ of Mandamus
WR83,620-02
Original Writ of Prohibition

### Declaration

I Declare, under Penalty of Porjury, under the Laws of the United States of America, the foregoing is true and correct,
Title 28 U.S.C § 1748
Signed this 11th day of September 2015

Respectfully Submitted

Ronald D Patton